UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:25-cv-60659-LEIBOWITZ/STRAUSS

**JONATHAN K. LEWIS,**
    *Plaintiff,*

v.

**MAVIS TIRE AND AUTO CORP.,**
    *Defendant.*
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS CAUSE was initiated in the Southern District of New York. [ECF No. 1]. The case was subsequently transferred to this District under 28 U.S.C. § 1404(a). [ECF No. 7]. Upon transfer, the case was assigned to United States Magistrate Judge Jared M. Strauss pursuant to Administrative Order 2025-11 [ECF No. 8], and *pro se* Plaintiff moved to proceed *in forma pauperis* [ECF No. 12].

After screening the First Amended Complaint [ECF No. 16] under 28 U.S.C. § 1915(e), Magistrate Judge Strauss determined the case should be dismissed and directed the Clerk to randomly reassign the case to a United States District Judge for disposition. [ECF No. 17]. In addition, Judge Strauss issued a Report and Recommendation ("R&R"), recommending the case be dismissed and that all pending motions be denied as moot. [ECF No. 18].

The Clerk re-assigned the case to the undersigned, who has carefully considered the R&R. [*See* ECF No. 19]. No objections to the R&R were filed during the 14-day objection period. Upon due consideration of the R&R, the filings, the applicable law, and the record, the Court ADOPTS and AFFIRMS the Report and Recommendation [ECF No. 18].

### LEGAL STANDARD

After conducting a review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must

1

conduct a *de novo* review with respect to that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions *de novo*, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019). To the extent a party fails to object to parts of the magistrate judge's report, those portions are reviewed for clear error. *Macort v. Prem. Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) (quoting *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999)).

## CONCLUSION

In the absence of any objection and after reviewing the factual allegations and legal conclusions, the Court finds no clear error. Accordingly, it is hereby **ORDERED**:

1. The Magistrate Judge's Report and Recommendation [ECF No. 18] is ADOPTED and made a part of this Order for all purposes.

2. This case is **DISMISSED WITHOUT PREJUDICE**.

3. All pending motions, including **ECF No. 12**, are **DENIED AS MOOT**.

4. The Clerk is directed to CLOSE this case.

**DONE AND ORDERED** in the Southern District of Florida on June 23, 2025.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record